126 A.3d 959

**Ronald STOCKTON, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, BUSINESS MANAGER–DECKER, Appellee.**

Supreme Court of Pennsylvania.

Nov. 18, 2015.

Ronald Stockton, pro se.

Theron Richard Perez, Jeffrey M. Paladina, PA Dept. of Corrections, Mechanicsburg, for Appellee.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of November, 2015, the Order of the Commonwealth Court is **AFFIRMED.**